■ In the Matter of ROOSEVELT ISLAND RESIDENTS ASSOCIATION et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION et al., Respondents.—Judgment, Supreme Court, New York County (George Smith, J.), entered on December 31, 1986, unanimously affirmed for the reasons stated by George Smith, J. All respondents except New York State Urban Development Corporation shall recover of appellants

one bill of $50 costs and disbursements of this appeal. Concur —Sandler, J. P., Rosenberger, Ellerin and Wallach, JJ.